UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 13 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
              DEPUTY CLERK

| | | |
|---|---|---|
| MARKUS ORTIZ,<br>Plaintiff, | § § § | |
| v. | § § | Civil Action No. 13-CV-1096-OLG |
| J.P. MORGAN CHASE BANK, N.A.,<br>Defendant. | § § § | |

## ORDER.ADMINISTRATIVELY CLOSING CASE

On June 12, 2014, the Court received notification from the parties in the above-styled case that they had reached a settlement agreement. Accordingly, the Court hereby administratively CLOSES this case pending the filing of dismissal papers. The Clerk of the Court is ORDERED to administratively close this case upon entry of this order. The parties may request to re-open this case if the need arises by filing a motion.

SIGNED this ___13___ day of June, 2014.

_____
United States District Judge Orlando L. Garcia